No. 80–5435.  LARREA v. SMITH, CORRECTIONAL SUPERIN-
TENDENT, ET AL.  C. A. 2d Cir.  Certiorari denied.  ▮

No. 80–5436.  ROSENBERG v. UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.  ▮

No. 80–5441.  GROFT v. HUNTINGDON COUNTY, PENNSYL-
VANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–5443.  McCRAY v. BURRELL.  C. A. 4th Cir.  Cer-
tiorari denied.  ▮

No. 80–5459.  BLACK v. DALSHEIM, CORRECTIONAL SUPER-
INTENDENT.  C. A. 2d Cir.  Certiorari denied.  ▮

No. 80–5462.  BENJAMIN v. HOWARD, CORRECTIONAL SU-
PERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–5477.  WHEELER v. DAVIS, WARDEN, ET AL.  C. A.
6th Cir.  Certiorari denied.  ▮

No. 80–5507.  ARTWAY v. DEL TUFO, UNITED STATES AT-
TORNEY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–5508.  SNEED v. BRESSON, ACTING CHIEF, PRIVACY
ACTS BRANCH, RECORDS MANAGEMENT DIV., U. S. DEPT. OF
JUSTICE, ET AL.  C. A. 4th Cir.  Certiorari denied.  ▮

No. 80–5519.  DUGGER ET AL. v. VANDEVER ET AL.  C. A.
6th Cir.  Certiorari denied.  ▮

No. 80–5542.  MANGRUM v. UNITED STATES.  Ct. App.
D. C.  Certiorari denied.  ▮

No. 80–5543.  CHRISTENSEN v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.  ▮